1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Case No. 09cr2710-BTM
                                      )
11                     Plaintiff,     )   AMENDED ORDER OF
                                      )   CRIMINAL FORFEITURE
12          v.                        )
                                      )
13   AMANDA MAY VUE (7),              )
                                      )
14                     Defendant.     )
     _____)

15

16          On January 19, 2010, this Court entered its Preliminary Order of Criminal Forfeiture, which

17   condemned and forfeited to the United States all right, title and interest of AMANDA MAY VUE

18   (7) in the properties listed in the Forfeiture Allegation of the Superseding Information, namely,

19          1)   a 1999 Porsche 9ll Carrera, California license #5MWX189,
                 VIN#WP0AA2992XS623892;
20
            2)   a 2006 Land Rover, California license #6DJL816,
21               VIN#SALSF25426A923266;

22          3)   2003 Mercedes Roadster, California license #5YKD384,
                 VIN#WDBSK75F93F029621;
23
            4)   2006 Honda Civic, California license #6ANZ308, VIN#
24               2HGFG12806H517562;

25          5)   1965 Ford Coupe Classic, California license #5LYC100, VIN#
                 5R09A135050;
26
            6)   1968 Chevrolet Classic, California license #6GGV018,
27               VIN#124378N350407;

28          7)   2-18k hoop earrings, 1 gram gold;

**8)**     1-14k yellow gold ruby and diamond ring;

**9)**     1-pair 22k gold loop earrings, 3 grams gold;

**10)**    4 coin pendants 22k and pure gold coins with 3 in bezels, total gold weight 22.8 grams;

**11)**    1-22k gold chain with "S" link clasp, gold weight 15.1 grams;

**12)**    2 Men's yellow metal rings with black onyx stones, total weight 15.1 grams; and

**13)**    1-Man's 18k Rolex Submariner watch with stainless steel blue face.

For thirty (30) consecutive days ending on March 12, 2010, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

On February 12, 2010, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
| --- | --- | --- |
| Chang V. Vang<br>2352 Finch Lane<br>San Diego CA 92123 | 7007 2560 0001 9143 9194 | Signed for as received on 2/13/10 |
| Nicholas Vang<br>2352 Finch Lane<br>San Diego CA 92123 | 7007 2560 0001 9143 9200 | Signed for as received on 2/13/10 |
| William V. Vang<br>10615 Mathieson Street<br>San Diego CA 92129 | 7007 2560 0001 9143 9217 | Signed for as received on 2/13/10 |
| Anthony Vang (1)<br>c/o Frank J. Ragen, II<br>Attorney at Law<br>105 West F Street, Suite 215<br>San Diego CA 92101 | 7007 2560 0001 9143 9224 | Signed for as received on 2/16/10 |
| Sean Michael Smith (2)<br>c/o Timothy A. Scott<br>Attorney at Law<br>1350 Columbia Street, Suite 600<br>San Diego CA 92101 | 7007 2560 0001 9143 9231 | Signed for as received on 2/16/10 |

| Name and Address | Article No. | Result |
|---|---|---|
| Justino Rochin, III (3)<br>c/o Patrick Q. Hall, Esq.<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego CA 92101-4605 | 7007 2560 0001 9143 9248 | Signed for as received on 2/16/10 |
| Kenny Bedoya (4)<br>c/o Brian D. Kennedy<br>Attorney at Law<br>P.O. Box 1477<br>Solana Beach CA 92075 | 7007 2560 0001 9143 9255 | Signed for as received on 2/16/10 |
| Sai Yang (5)<br>c/o Benjamin P. Lehman<br>Attorney at Law<br>964 Fifth Avenue, Suite 303<br>San Diego CA 92101 | 7007 2560 0001 9143 9262 | Signed for as received on 2/16/10 |
| Nang Chang (6)<br>c/o Gary Paul Burcham<br>Attorney at Law<br>964 Fifth Avenue, Suite 300<br>San Diego CA 92101 | 7007 2560 0001 9143 9279 | Signed for as received on 2/16/10 |
| Marla Laree Caniglia (8)<br>c/o Richard J. Boesen<br>Attorney at Law<br>1230 Columbia Street, Suite 650<br>San Diego CA 92101-8571 | 7007 2560 0001 9143 9286 | Signed for as received on 2/16/10 |

On or about April 7, 2010, a Petition for Remission or Mitigation from Kinecta Federal Credit Union ("Kinecta") as to asset number 3, the 2003 Mercedes Roadster, California license #5YKD384, VIN#WDBSK75F93F029621 ("2003 Mercedes"), was received by the Federal Bureau of Investigation (FBI). Kinecta's claim to the 2003 Mercedes is based upon a retail installment agreement with Amanda M. Vue, initiated on or about February 5, 2007. The United States recognizes the validity and priority of the interest of Kinecta in said 2003 Mercedes.

Thirty (30) days have passed following the final date of notice by publication and notice by certified mail, and no third party has made a claim to or declared any interest in the forfeited property described above except Kinecta Federal Credit Union in the 2003 Mercedes.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party except Kinecta to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of AMANDA MAY VUE (7) and any and

1   all third parties in the following properties (except Kinecta, in the 2003 Mercedes) are hereby

2   condemned, forfeited and vested in the United States of America:

    **1)**      a 1999 Porsche 9ll Carrera, California license #5MWX189, VIN#WP0AA2992XS623892;

    **2)**      a 2006 Land Rover, California license #6DJL816, VIN#SALSF25426A923266;

    **3)**      2003 Mercedes Roadster, California license #5YKD384, VIN#WDBSK75F93F029621;

    **4)**      2006 Honda Civic, California license #6ANZ308, VIN# 2HGFG12806H517562;

    **5)**      1965 Ford Coupe Classic, California license #5LYC100, VIN# 5R09A135050;

    **6)**      1968 Chevrolet Classic, California license #6GGV018, VIN#124378N350407;

    **7)**      2-18k hoop earrings, 1 gram gold;

    **8)**      1-14k yellow gold ruby and diamond ring;

    **9)**      1-pair 22k gold loop earrings, 3 grams gold;

    **10)**    4 coin pendants 22k and pure gold coins with 3 in bezels, total gold weight 22.8 grams;

    **11)**    1-22k gold chain with "S" link clasp, gold weight 15.1 grams;

    **12)**    2 Men's yellow metal rings with black onyx stones, total weight 15.1 grams; and

    **13)**    1-Man's 18k Rolex Submariner watch with stainless steel blue face.

20   IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service,

21   the Federal Bureau of Investigation and any other governmental agencies which were incident to

22   the seizure, custody and storage of the properties be the first charge against the forfeited properties.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the

2    forfeited properties according to law, including but not limited to, the return of the 2003 Mercedes

3    to Kinecta Federal Credit Union.

4

5    DATED:  May 14, 2010

6    _____

7    Honorable Barry Ted Moskowitz
     United States District Judge