AO 245B    (Rev. 9/00) Judgment in a Criminal Case
   Sheet 1

FILED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

10 OCT 25 PM 4: 06

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

AMANDA MAY VUE (7)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

 DEPUTY

Case Number: 09CR2710-BTM

Nancee S Schwartz
_____
Defendant's Attorney

REGISTRATION NO. 16211298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) ONE OF THE SUPERSEDING INFORMATION
☐ was found guilty on count(s) _____
  after a plea of not guilty.
  Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 846, 841(a)(1) | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE | 1 |

   The defendant is sentenced as provided in pages 2 through ____3____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)_____
☐ Count(s)_____ is ☐ are☐ dismissed on the motion of the United States.
☒ Assessment: $100.00 to be paid within thirty (30) days

☒ Fine ordered waived  ☒ Forfeiture pursuant to order filed  05/14/2010 , included herein.

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 8, 2010
_____
Date of Imposition of Sentence

_____
HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

09CR2710-BTM

AO 245D      (Rev. 3/10) Judgment in a Criminal Case for Revocations
             Sheet 2 -- Probation

| | Judgment—Page | 2 | of | 3 |
|---|---|---|---|---|

DEFENDANT: AMANDA MAY VUE (7)
CASE NUMBER: **09CR2710-BTM**

# PROBATION

The defendant is hereby sentenced to probation for a term of :

  Three (3) years.

The defendant shall not commit another federal, state, or local crime.

*For offenses committed on or after September 13, 1994:*

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than  1  drug tests per month during the term of supervision, unless otherwise ordered by court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
      future substance abuse. (Check, if applicable.)

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒   The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis
      Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works,
      or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments sheet of this judgment.

      The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days
      of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other
      acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled
      substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of
      a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of
      any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement
      officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the
      permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's
      criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm
      the defendant's compliance with such notification requirement.

**09CR2710-BTM**

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
            Sheet 4 — Special Conditions

Judgment—Page ___3___ of ___3___

DEFENDANT: AMANDA MAY VUE (7)
CASE NUMBER: **09CR2710-BTM**

# SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer with   24   hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☒ Not enter the Republic of Mexico without written permission of the Court or probation officer.

☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☒ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☒ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☒ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☐ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☒ Seek and maintain full time employment and/or schooling or a combination of both.

☐ Resolve all outstanding warrants within            days.

☐ Complete           hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☒ Complete 320 hours of community service in a program approved by the probation officer within 24 months.

☒ Remain in your place of residence for a period of 120 days, except while working at verifiable employment, attending religious services or undergoing medical treatment for yourself or children, or performing community service. The defendant shall be subject to electronic monitoring at her expense.

**09CR2710-BTM**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09cr2710-BTM |
| Plaintiff, | ) ) | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | ) ) | |
| AMANDA MAY VUE (7), | ) ) | |
| Defendant. | ) ) | |

On January 19, 2010, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of AMANDA MAY VUE (7) in the properties listed in the Forfeiture Allegation of the Superseding Information, namely,

1)   a 1999 Porsche 9ll Carrera, California license #5MWX189, VIN#WP0AA2992XS623892;

2)   a 2006 Land Rover, California license #6DJL816, VIN#SALSF25426A923266;

3)   2003 Mercedes Roadster, California license #5YKD384, VIN#WDBSK75F93F029621;

4)   2006 Honda Civic, California license #6ANZ308, VIN# 2HGFG12806H517562;

5)   1965 Ford Coupe Classic, California license #5LYC100, VIN# 5R09A135050;

6)   1968 Chevrolet Classic, California license #6GGV018, VIN#124378N350407;

7)   2-18k hoop earrings, 1 gram gold;

8)   1-14k yellow gold ruby and diamond ring;

9)   1-pair 22k gold loop earrings, 3 grams gold;

10)  4 coin pendants 22k and pure gold coins with 3 in bezels, total gold weight 22.8 grams;

11)  1-22k gold chain with "S" link clasp, gold weight 15.1 grams;

12)  2 Men's yellow metal rings with black onyx stones, total weight 15.1 grams; and

13)  1-Man's 18k Rolex Submariner watch with stainless steel blue face.

For thirty (30) consecutive days ending on March 12, 2010, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

On February 12, 2010, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Chang V. Vang<br>2352 Finch Lane<br>San Diego CA 92123 | 7007 2560 0001 9143 9194 | Signed for as received on 2/13/10 |
| Nicholas Vang<br>2352 Finch Lane<br>San Diego CA 92123 | 7007 2560 0001 9143 9200 | Signed for as received on 2/13/10 |
| William V. Vang<br>10615 Mathieson Street<br>San Diego CA 92129 | 7007 2560 0001 9143 9217 | Signed for as received on 2/13/10 |
| Anthony Vang (1)<br>c/o Frank J. Ragen, II<br>Attorney at Law<br>105 West F Street, Suite 215<br>San Diego CA 92101 | 7007 2560 0001 9143 9224 | Signed for as received on 2/16/10 |
| Sean Michael Smith (2)<br>c/o Timothy A. Scott<br>Attorney at Law<br>1350 Columbia Street, Suite 600<br>San Diego CA 92101 | 7007 2560 0001 9143 9231 | Signed for as received on 2/16/10 |

| Name and Address | Article No. | Result |
|---|---|---|
| Justino Rochin, III (3)<br>c/o Patrick Q. Hall, Esq.<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego CA 92101-4605 | 7007 2560 0001 9143 9248 | Signed for as received on 2/16/10 |
| Kenny Bedoya (4)<br>c/o Brian D. Kennedy<br>Attorney at Law<br>P.O. Box 1477<br>Solana Beach CA 92075 | 7007 2560 0001 9143 9255 | Signed for as received on 2/16/10 |
| Sai Yang (5)<br>c/o Benjamin P. Lehman<br>Attorney at Law<br>964 Fifth Avenue, Suite 303<br>San Diego CA 92101 | 7007 2560 0001 9143 9262 | Signed for as received on 2/16/10 |
| Nang Chang (6)<br>c/o Gary Paul Burcham<br>Attorney at Law<br>964 Fifth Avenue, Suite 300<br>San Diego CA 92101 | 7007 2560 0001 9143 9279 | Signed for as received on 2/16/10 |
| Marla Laree Caniglia (8)<br>c/o Richard J. Boesen<br>Attorney at Law<br>1230 Columbia Street, Suite 650<br>San Diego CA 92101-8571 | 7007 2560 0001 9143 9286 | Signed for as received on 2/16/10 |

On or about April 7, 2010, a Petition for Remission or Mitigation from Kinecta Federal Credit Union ("Kinecta") as to asset number 3, the 2003 Mercedes Roadster, California license #5YKD384, VIN#WDBSK75F93F029621 ("2003 Mercedes"), was received by the Federal Bureau of Investigation (FBI). Kinecta's claim to the 2003 Mercedes is based upon a retail installment agreement with Amanda M. Vue, initiated on or about February 5, 2007. The United States recognizes the validity and priority of the interest of Kinecta in said 2003 Mercedes.

Thirty (30) days have passed following the final date of notice by publication and notice by certified mail, and no third party has made a claim to or declared any interest in the forfeited property described above except Kinecta Federal Credit Union in the 2003 Mercedes.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party except Kinecta to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of AMANDA MAY VUE (7) and any and

1    all third parties in the following properties (except Kinecta, in the 2003 Mercedes) are hereby

2    condemned, forfeited and vested in the United States of America:

       1)     a 1999 Porsche 9ll Carrera, California license #5MWX189, VIN#WP0AA2992XS623892;

       2)     a 2006 Land Rover, California license #6DJL816, VIN#SALSF25426A923266;

       3)     2003 Mercedes Roadster, California license #5YKD384, VIN#WDBSK75F93F029621;

       4)     2006 Honda Civic, California license #6ANZ308, VIN# 2HGFG12806H517562;

       5)     1965 Ford Coupe Classic, California license #5LYC100, VIN# 5R09A135050;

       6)     1968 Chevrolet Classic, California license #6GGV018, VIN#124378N350407;

       7)     2-18k hoop earrings, 1 gram gold;

       8)     1-14k yellow gold ruby and diamond ring;

       9)     1-pair 22k gold loop earrings, 3 grams gold;

       10)     4 coin pendants 22k and pure gold coins with 3 in bezels, total gold weight 22.8 grams;

       11)     1-22k gold chain with "S" link clasp, gold weight 15.1 grams;

       12)     2 Men's yellow metal rings with black onyx stones, total weight 15.1 grams; and

       13)     1-Man's 18k Rolex Submariner watch with stainless steel blue face.

20       IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service,

21    the Federal Bureau of Investigation and any other governmental agencies which were incident to

22    the seizure, custody and storage of the properties be the first charge against the forfeited properties.

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1        IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the

2    forfeited properties according to law, including but not limited to, the return of the 2003 Mercedes

3    to Kinecta Federal Credit Union.

4

5    DATED:  May 14, 2010

6     

7    Honorable Barry Ted Moskowitz
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28